UNITED STATES DISTRIC COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED
2006 JUL 31 PM 2:33
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | | |
|---|---|---|
| CARL STARR, | § | |
| Plaintiff, | § § § | |
| v. | § | Cause No. 06 CA 0188 -PC |
| EL PASO COUNTY, TEXAS, | § § § | |
| Defendant. | § | |

## PLAINTIFF'S MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

CARL STARR, Plaintiff moves the Court to dismiss this action as to EL PASO COUNTY, TEXAS, due to the fact that all issues have been settled among the parties and Plaintiff does not wish to prosecute this matter any further.

Defendant has not filed a counterclaim and will not be prejudiced by this dismissal.

WHEREFORE, Plaintiff request that the Court dismiss this action with prejudice to the rights of Plaintiff to refile the action or any part of it for the reasons set out above, and requests that all costs of court be taxed against the party having incurred them.

Respectfully submitted,

PASO DEL NORTE CIVIL RIGHTS CENTER

By: _____
JAMES C. HARRINGTON
State Bar No. 09048500
1405 Montopolis Drive
Austin, Texas 78741
Tel: 512/474-5073
Fax: 512/474-0726

EDWARD I. HERNANDEZ
State Bar No. 00792579
2110 East Yandell Drive
El Paso, Texas 79903
Tel: 915/838-0338
Fax: 915/838-0306

**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been sent Joanne Bernal, First Assistant, County Attorney's Office, facsimile: 546-2133, on this the ___ day of July, 2006.

_____
JAMES C. HARRINGTON

APPROVED:

_____
JO ANNE BERNAL
**Attorney for Defendant**