UNITED STATES DISTRIC COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| CARL STARR, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Cause No. 06 CA 0188 |
| | § | |
| EL PASO COUNTY, TEXAS, | § | |
| | § | |
| Defendant. | § | |

## ORDER

On this date, came on to be heard and considered Plaintiff's Motion to Dismiss in the above-styled and numbered cause. After careful consideration of Plaintiff's motion, the Court is of the opinion that Plaintiff's suit against Defendant El Paso County, Texas, should be dismissed with prejudice.

IT IS THEREFORE ORDERED AND DECREED that all of Plaintiff's claims against Defendant El Paso County, Texas in the above-styled and numbered cause are hereby dismissed with prejudice to the rights of Plaintiff to refile the action or any part of it for the reasons set out above, and requests that all costs of court be taxed against the party having incurred them.

SIGNED this 31st day of July, 2006.

HONORABLE PHILIP R. MARTINEZ
UNITED STATES DISTRICT JUDGE