IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **CARL STARR,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **EP-06-CA-188-PRM** |
| | § | |
| **EL PASO COUNTY, TEXAS,** | § | |
| **Defendant.** | § | |

## FINAL JUDGMENT

On July 31, 2006, the Court dismissed the above-captioned cause. The Court now enters

Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Accordingly, **IT IS ORDERED** that the above-captioned cause be, and hereby is,

**DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that all pending motions, if any, are **DENIED AS**

**MOOT**.

**IT IS FINALLY ORDERED** that the Clerk shall close this matter.

SIGNED this 31st day of **July, 2006.**

PHILIP R. MARTINEZ
UNITED STATES DISTRICT JUDGE